# EXHIBIT "B"

Case 2:22-cv-03274-RSWL-AFM Document 1-3 Filed 05/13/22 Page 2 of 8 Page ID #:66
Electronically FILED by Superior Court of California, County of Los Angeles on 04/12/2022 08:05 PM Sherri R. Carter, Executive Officer/Clerk of Court, by Y. Tarasyuk,Deputy Clerk

22STCV12388

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

BMW of North America, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

RENEE LOTENERO
and STEVE SIEGRIST

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

**CASE NUMBER:**
*(Número del Caso):*
22STCV12388

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Knight Law Group, LLP
10250 Constellation Blvd., Suite 2500, Los Angeles, CA 90067
(310) 552-2250

DATE: 04/12/2022    Sherri R. Carter Executive Officer / Clerk of Court
(Fecha)                      Clerk, by Y. Tarasyuk, Deputy
                              (Secretario)         (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* BMW of North America, LLC, a Delaware Limited Liability Company

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
       ☒ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
       ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

American LegalNet, Inc.
www.FormsWorkflow.com

**EXHIBIT B - 2**

Case 2:22-cv-03274-RSWL-AFM   Document 1-3   Filed 05/13/22   Page 3 of 8   Page ID #:67
Electronically FILED by Superior Court of California, County of Los Angeles on 04/12/2022 08:05 PM Sherri R. Carter, Executive Officer/Clerk of Court, by Y. Tarasyuk,Deputy Clerk
22STCV12388
Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Theresa Traber

**KNIGHT LAW GROUP, LLP**
Roger Kirnos (SBN 283163)
rogerk@knightlaw.com
Maite C. Colon (SBN 322284)
maitec@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiffs,
RENEE LOTENERO
and STEVE SIEGRIST

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| RENEE LOTENERO and STEVE SIEGRIST, <br><br> Plaintiffs, <br><br> vs. <br><br> BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No.: 22STCV12388 <br><br> Unlimited Jurisdiction <br><br> **COMPLAINT** <br><br> 1. **VIOLATION OF SONG-BEVERLY ACT - BREACH OF EXPRESS WARRANTY** <br> 2. **VIOLATION OF SONG-BEVERLY ACT - BREACH OF IMPLIED WARRANTY** <br><br> *Assigned for All Purposes to the Honorable* <br><br> Department |

1  Plaintiffs, RENEE LOTENERO and STEVE SIEGRIST, allege as follows against Defendant, BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, ("BMW"); and DOES 1 through 10 inclusive, on information and belief, formed after an inquiry reasonable under the circumstances:

## DEMAND FOR JURY TRIAL

1. Plaintiffs, RENEE LOTENERO and STEVE SIEGRIST, hereby demand trial by jury in this action.

## GENERAL ALLEGATIONS

2. Plaintiffs, RENEE LOTENERO and STEVE SIEGRIST, are individuals residing in the City of Los Angeles, County of Los Angeles, and State of California.

3. Defendant BMW is and was a Delaware Limited Liability Company registered to do business in the State of California with its registered office in the City of Los Angeles, County of Los Angeles, and State of California.

4. These causes of action arise out of the warranty obligations of BMW in connection with a motor vehicle for which BMW issued a written warranty.

5. Plaintiffs do not know the true names and capacities, whether corporate, partnership, associate, individual or otherwise of Defendant issued herein as Does 1 through 10, inclusive, under the provisions of section 474 of the California Code of Civil Procedure. Defendant Does 1 through 10, inclusive, are in some manner responsible for the acts, occurrences and transactions set forth herein, and are legally liable to Plaintiffs. Plaintiffs will seek leave to amend this Complaint to set forth the true names and capacities of the fictitiously named Defendant, together with appropriate charging allegations, when ascertained.

6. All acts of corporate employees as alleged were authorized or ratified by an officer, director, or managing agent of the corporate employer.

7. The warranty contract is attached and incorporated by its reference as Exhibit 1.

8. Plaintiffs hereby revoke acceptance of the Subject Vehicle.

///

///

9. Pursuant to the Song-Beverly Consumer Warranty Act (herein after the "Act") Civil Code sections 1790 *et seq.* the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiffs have used the vehicle primarily for those purposes.

10. Plaintiffs are a "buyer" of consumer goods under the Act.

11. Defendant BMW is a "manufacturer" and/or "distributor" under the Act.

12. Plaintiffs hereby demand trial by jury in this action.

### FIRST CAUSE OF ACTION

**Violation of the Song-Beverly Act – Breach of Express Warranty**

13. Plaintiffs incorporate herein by reference each and every allegation contained in the preceding and succeeding paragraphs as though herein fully restated and re-alleged.

14. On February 22, 2020, Plaintiffs entered into a warranty contract with BMW regarding a 2017 BMW I3, VIN: WBY1Z8C30HV895047, ("the Subject Vehicle"). The terms of the express warranty are described in full in Exhibit 1.

15. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to electrical.

16. The nonconformities substantially impair the use, value and/or safety of the Subject Vehicle.

17. Plaintiffs delivered the Subject Vehicle to an authorized BMW repair facility for repair of the nonconformities.

18. Defendant was unable to conform the Subject Vehicle to the applicable express warranty after a reasonable number of repair attempts.

19. Under the Song-Beverly Act, Defendant had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.

20. Defendant BMW has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

///
///

21. By failure of Defendant to conform the Subject Vehicle to the express warranty, or to promptly issue restitution pursuant to the Song Beverly Act, Defendant is in violation of the Song Beverly Act.

22. Under the Act, Plaintiffs are entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiffs prior to the first presentation to an authorized repair facility for a nonconformity.

23. Plaintiffs are entitled to all incidental, consequential, and general damages resulting from Defendant's failure to comply with its obligations under the Song-Beverly Act.

24. Plaintiffs are entitled under the Song-Beverly Act to recover as part of the judgment a sum equal to the aggregate amount of costs and expenses, including attorney's fees, reasonably incurred in connection with the commencement and prosecution of this action.

25. Plaintiffs are entitled in addition to the amounts recovered, a civil penalty of up to two times the amount of actual damages for BMW's willful failure to comply with its responsibilities under the Act.

### SECOND CAUSE OF ACTION

**Violation of the Song-Beverly Act – Breach of Implied Warranty**

26. Plaintiffs incorporate herein by reference each and every allegation contained in the preceding and succeeding paragraphs as though herein fully restated and re-alleged.

27. BMW and its authorized dealership at which Plaintiffs purchased the Subject Vehicle had reason to know the purpose of the Subject Vehicle at the time of sale of the Subject Vehicle. The sale of the Subject Vehicle was accompanied by an implied warranty of fitness.

28. The sale of the Subject Vehicle was accompanied by an implied warranty that the Subject Vehicle was merchantable pursuant to Civil Code section 1792.

29. The Subject Vehicle was delivered to Plaintiffs with latent defects, including, but not limited to, electrical.

30. The Subject Vehicle was not fit for the ordinary purpose for which such goods are used.

31. The Subject Vehicle did not measure up to the promises or facts stated on the container or label.

32. The Subject Vehicle was not of the same quality as those generally acceptable in the trade.

33. Plaintiffs justifiably revoked acceptance of the Subject Vehicle under Civil Code, section 1794, *et seq.* prior to the filing of this Complaint during a contact to BMW's customer service.

34. Plaintiffs hereby revoke acceptance of the Subject Vehicle.

35. Plaintiffs are entitled to replacement or reimbursement pursuant to Civil Code, section 1794, *et seq.*

36. Plaintiffs are entitled to rescission of the contract pursuant to Civil Code, section 1794, *et seq.* and Commercial Code, section 2711.

37. Plaintiffs are entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, *et seq.*

38. Plaintiffs are entitled to recover all incidental and consequential damages pursuant to 1794 *et seq.* and Commercial Code, sections 2711, 2712, and 2713 *et seq.*

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment against Defendant, as follows:

1. For general, special and actual damages according to proof at trial;
2. For rescission of the purchase contract and restitution of all monies expended;
3. For diminution in value;
4. For incidental and consequential damages according to proof at trial;
5. For civil penalty in the amount of two times Plaintiffs' actual damages;
6. For prejudgment interest at the legal rate;

///
///
///
///
///
///
///
///

7. For revocation of acceptance of the Subject Vehicle;

8. For reasonable attorney's fees and costs of suit; and

9. For such other and further relief as the Court deems just and proper under the circumstances.

Dated: April 12, 2022

**KNIGHT LAW GROUP, LLP**

ROGER KIRNOS (SBN 283163)
MAITE C. COLON (SBN 322284)
Attorneys for Plaintiffs,
RENEE LOTENERO
and STEVE SIEGRIST

Plaintiffs, RENEE LOTENERO and STEVE SIEGRIST, hereby demand trial by jury in this action.